**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | No. 07-0213M |
| -vs- | **ORDER** |
| Ricardo Vega-Pardo, | |
| Defendant. | **(First of Requests)** |

Upon motion of the defendant, and good cause appearing therefore,

IT IS HEREBY ORDERED granting defendant's Motion to Extend Time to Indict.

The Court finds that the ends of justice served by granting the extension outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).  In making this finding the Court has considered the following:

1.    Counsel has only recently been appointed for the defendant.

2.    The government's policy which is well-known to the Court through proceedings in previous cases involving numerous defendants, provides a sentencing incentive to encourage early pleas of guilty in cases in which criminal charges similar to that brought against the defendant have been prosecuted.

3.    The savings in time by expediting the proceedings in appropriate cases serves the public interests by reducing the costs of detention, prosecution, and defense, as well as in bringing such charges to a prompt resolution.

1      4.      The avoidance of grand jury proceedings with the voluntary

2  consent of a defendant, when appropriate, reduces the number of proceedings required

3  to bring a criminal matter to a prompt resolution.

4      5.      An early decision by a defendant to reach a plea agreement with

5  the government often avoids the need to proceed in the matter before a grand jury.

6      6.      In order to allow the defendant's attorney an opportunity to

7  investigate possible defenses to a charge in a criminal complaint and to adequately and

8  effectively counsel the defendant regarding, among many others, the consequences of

9  an indictment on the issues of plea negotiations and sentencing, additional time is

10  often reasonably needed for the consent and agreement for the filing of an information

11  beyond the thirty (30) day period provided in the Speedy Trial Act.  If an information

12  were not filed within that time period or within a reasonable extension permitted by

13  the Court, under the government's fast track policy, the sentencing stipulation to a

14  downward departure would be reduced and, thereby, less attractive and beneficial to

15  the defendant.

16      7.      In these kinds of immigration-related crimes, the alien-defendant

17  usually has no education beyond grammar school, if that; speaks little or no English,

18  has no understanding of the federal sentencing guidelines or plea negotiation process,

19  nor does s/he have any appreciation of the significant prison term for being in the

20  United States illegally, i.e. the guidelines start with a criminal offense level of 24 for

21  a violation of 8 U.S.C. § 1326(a) as enhanced by (b)(2).  Many times, additional time

22  beyond the thirty (30) day period provided in the Speedy Trial Act is necessary for the

23  alien-defendant to both trust the newly-appointed lawyer who is paid by the same

24  government that is prosecuting the defendant and to accept the fact that, if convicted

25  at trial, the defendant will be sentenced to a significant term of imprisonment that may

26  be twice as much time as that which results from a fast track plea agreement.

27      The Court, therefore, concludes that in this case the needs of justice are

28  best served by granting an extension of time for the government to file an indictment

and by excluding a period of thirty (30) days under the Speedy Trial Act within which to file a timely indictment.  In making this determination, the Court has particularly taken into account that the failure to grant the defendant's motion would (1) "deny counsel for the defendant . . . reasonable time for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(8)(B)(iv), and/or (2) "result in a miscarriage of justice."

**IT IS HEREBY ORDERED** that defendant's Motion to Extend Time for Indictment requesting an extension of  thirty (30) days within which the government may seek to indict defendant, is hereby granted.

**IT IS FURTHER ORDERED** that pursuant to the Speedy Trial Act, 18 U.S.C. 3161, the Government shall have an extension of thirty (30) days to file a timely Indictment.  Excludable time shall begin to run on the 31st day after arrest for a period of thirty (30) days in which the Government may present the case to the grand jury.

DATED this 20th day of September, 2007.

Lawrence O. Anderson
United States Magistrate Judge